JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 20-8823 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PACIFIC INVESTMENTS I AND M LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge